UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.  　　　　　　　　　　　　　　　　　No. C 11-5025 SI (pr)

RICKARD ANDERSON,　　　　　　　　　**JUDGMENT**

　　　　Plaintiff.

　　　　　　　　　　　　　　　　　　　/

This action is dismissed because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge