**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re.<br>RICKARD ANDERSON,<br>      Plaintiff.<br>_____/ | No. C 11-5025 SI (pr)<br>**JUDGMENT** |

This action is dismissed because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge